OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 15, 2025

Kimberly A. Boyer-Cohen, Esq.
Derrick U. Jacobs
Christopher C. Nana-Sinkam, Esq.
David Smith, Esq.

RE: Derrick Jacobs v. City of Philadelphia, et al
Case Number: 24-1696
District Court Case Number: 2-19-cv-04616

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Wednesday, February 05, 2025.** This means your presence will not be required.

PSD/KY

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **BIBAS, FREEMAN and NYGAARD**, **Circuit Judges**